IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02583-BNB

RANDY L. BOWMAN,
    Petitioner,

v.

M.D. HENDERSON, Lieutenant, and
SARA M. REVELL, Warden,
    Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 28 2008

GREGORY C. LANGHAM
    CLERK

## ORDER OF DISMISSAL

Petitioner Randy L. Bowman initiated this action by filing *pro se* a Petition for Preliminary Injunction and an Application to Proceed Without Prepayment of Fees and Affidavit. In an order filed on December 12, 2007, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Bowman to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Bowman to file a complaint, to file the *in forma pauperis* motion on the proper form, and to submit a certified copy of his inmate trust fund account statement in support of the *in forma pauperis* motion. Mr. Bowman was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

Mr. Bowman has failed to cure the deficiencies within the time allowed and he has failed to respond in any way to Magistrate Judge Boland's December 12 order. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the action is dismissed without prejudice for failure to cure the deficiencies. It is

FURTHER ORDERED that the Petition for Preliminary Injunction and the Application to Proceed Without Prepayment of Fees and Affidavit are denied as moot.

DATED at Denver, Colorado, this 25 day of January, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02583-BNB

Randy L. Bowman
Reg. No. 00667-033
USP - Florence
PO Box 7000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 1/28/8

                                          GREGORY C. LANGHAM, CLERK

                                By: _____
                                               Deputy Clerk